No. 134. Ex parte Benito Forés, Petitioner.—Proceedings begun in the District Court of Mayagüez for the cancella-

tion of a notarial mortgage bond executed by Pedro Acosta y Nazario in Mayagüez on June 30, 1902, before Notary Juan Quintero y González, deed No. 58. Decided January 26, 1914. Bond ordered canceled. The petitioner appeared *pro se*.